United States District Court
Northern District of Illinois
Eastern Division

RECEIVED
NOV 0 5 2007
nov 05 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s): Daniela M. Sardisco

VS.

Defendant(s): Adam & Eve

PHE, Inc. P.O. Box 800 Carrboro, NC 27510

1-800-293-4654

07cv6243
JUDGE ZAGEL
MAG. JUDGE BROWN

## Complaint

Product liability

Manufacturer Negligence

I, Daniela Sardisco have purchased multiple items from your catalog. I am a returning customer but to be honest, I am not satisfied. It is difficult to clean the products I have purchased. Also the sizes and styles of your clothing and costumes are uncomfortable and they do not lie correctly on the body. There are pieces of clothing you sell that are fabricated cheaply. Your products are not completely satisfactory. Most importantly, I held uncomfortable and excessive discharge, until I discontinued use of your product.

1

I would like to suggest you add a method of cleaning the toys you sell. Make a list right along with your collection of toys. It will be beneficial for all of your clients and I am sure your sales will go up.

I once had a few of the rubber covers for the bullet. And no matter how much I washed them in soap and water, they kept a sticky film. Are these items that are for one use only or are they to be cleaned with soap and water?

I suggest you add a list of cleaning products to your list of items to sell. It would be nice to be able to choose from: Cleaning Wipes, Soaking Soap, Disincentive spray, and Soap that has useful suds, to wipe up the toys. I am sure all of the above have to be for sensitive skin and non hazards.

*Please compensate me and share with me the profits and benefits of this future sale.

Furthermore, I am also worthy of compensation for my time spent returning and attempting to return; unsatisfactory pieces of clothing. I also was harmed by the bacterium that was kept on the toys I purchased from Adam & Eve. I was sick until I discontinued use of their product.

I hope finding a reliable manufacture for my suggestive item, comes easy. If it is possible, is there any way I could be credited for this idea? I would love to put my name on this product.

*Daniela Sandusco* (signature)

306 Charmille Ln, PO Box 87 Wood Dale IL 60191 (630)523-3037

2