A151

07cv6243
JUDGE ZAGEL
MAG. JUDGE BROWN

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Daniela M. Sardisco
(Please print)

STREET ADDRESS: 306 Charmille Ln. - PO Box 87

CITY/STATE/ZIP: Wood Dale IL 60191

PHONE NUMBER: (630) 523-3037

CASE NUMBER: _____

**FILED**
J.N
NOV X 5 2007
nov 5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

x _Daniela Sardisco_  x 11-05-07
   Signature            Date