# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6243 | **DATE** | 5/19/2008 |
| **CASE TITLE** | DANIELA SARDISCO vs. ADAM & EVE | | |

**DOCKET ENTRY TEXT**

Plaintiff's petition for leave to proceed in forma pauperis is denied for want of fees.

■ [ For further details see text below.]   Docketing to mail notices.

## STATEMENT

The plaintiff has not filed a complaint but rather a copy of a letter to defendant complaining about their goods and services. There is no federal claim and no amount of damages that would satisfy diversity jurisdiction. The plaintiff has assets sufficient to pay the filing fee. I caution her that even if she were to pay, I would dismiss her claim because there is no jurisdiction to hear it in this court.

| | Courtroom Deputy Initials: | DW |
|---|---|---|